IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| CURTIS LEO WILLIAMS,<br>TDCJ No. 1649233,<br><br>　　　　　Petitioner,<br><br>v.<br><br>WILLIAM STEPHENS, Director,<br>Texas Department of Criminal Justice,<br>Correctional Institutions Division,<br><br>　　　　　Respondent. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil No. 7:13-CV-030-O-KA |

ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS
OF THE UNITED STATES MAGISTRATE JUDGE

After making an independent review of the pleadings, files, and records in this case, of the Findings, Conclusions and Recommendations of the United States Magistrate Judge, and of the objections thereto filed by Petitioner and by Respondent, I am of the opinion that the findings of fact, conclusions of law, and reasons for denial set forth in the Findings, Conclusions and Recommendations of the Magistrate Judge are correct and they are hereby adopted and incorporated by reference as the Findings of the Court.

Accordingly, the instant petition for writ of habeas corpus is DENIED.

SO ORDERED this 2nd day of June, 2015.

_Reed O'Connor_
**Reed O'Connor**
**UNITED STATES DISTRICT JUDGE**